For the above reasons we should sustain the claim in the protest for classification of this merchandise at 10 percent ad valorem under paragraph 1555 as waste not specially provided for.

Judgment should issue accordingly, directing the collector to refund the difference between that rate and the rate of duty of 18 cents per pound which he collected. ·

The above upon a subject regularly assigned to the writer was prepared as for a division opinion. Being rejected by the majority, it is now respectfully filed as a dissent.

**No. 41032.**—Protests 678574–G, etc., of Strauss Bros. & Co. (New York).

Opinion by McCLELLAND, P. J.  It was stipulated that the merchandise consists of hat and cloth brushes the same as those the subject of *United States* v. *Heinrich* (26 C. C. P. A. 292, C. A. D. 30). The claim at 50 percent under paragraph 1506 was therefore sustained.

**No. 41033.**—Protests 981079–G, etc., of Gibson Thomsen Co., Inc., et al. (New York).

Opinion by McCLELLAND, P. J.  It was stipulated that the merchandise consists of hat and cloth brushes the same as those the subject of *United States* v. *Heinrich* (26 C. C. P. A. 292, C. A. D. 30). The claim at 50 percent under paragraph 1506 was therefore sustained.

**No. 41034.**— Protest 976933–G of Salomon & Phillips (New York).

Opinion by McCLELLAND, P. J.  It was stipulated that the saddle soap in question was not manufactured or produced wholly or in chief value of any of the oils subject to a tax under the Revenue Act of 1934 or 1932 as amended. The protest was therefore sustained.

**No. 41035.**—Protest 962665–G of A. W. Faber, Inc. (New York).

Opinion by McCLELLAND, P. J.  It was stipulated that the merchandise consists of pencils stamped with names other than the manufacturers' or manufacturers' trade name or trade-mark the same as those passed upon in *United States* v. *Favor* (24 C. C. P. A. 399, T. D. 48854). The claim at 50 cents per gross and 25 percent ad valorem under paragraph 1549 (a) was therefore sustained.

**No. 41036.**—Protest 946179–G of A. C. Herrmann Co. (New York).

Opinion by McCLELLAND, P. J.  In accordance with stipulation of counsel and on the authority of *Nozaki* v. *United States* (C. D. 61) the boxes in question were held entitled to free entry as claimed.

**No. 41037.**—Protests 885839–G, etc., of Alliance Distributors, Inc. (New York).